Commonwealth of Pennsylvania ex rel. W. U. Hensel, Attorney General, *v.* Order of Solon. Appeal of J. G. White.

Argued May 30, 1899. Appeal, No. 19, May T., 1899, by J. G. White, from order of C. P. Dauphin Co., June T., 1894, No. 310, dismissing exceptions to auditors' report. Before STERRETT, C. J., GREEN, MITCHELL, DEAN and FELL, JJ. Affirmed.

*C. A. O'Brien,* for appellant.

*Lyman D. Gilbert,* with him *Josiah H. Quincy,* for appellee.

OPINION BY MR. CHIEF JUSTICE STERRETT, July 19, 1899:

This case was heard and considered with two other cases involving substantially the same questions. In one of these, Commonwealth ex rel. Attorney General v. The Order of Solon, L. K. Porter's Appeal, No. 18, May term, 1899, an opinion has just been filed, reaffirming the decree, etc., ante, p. 487. For reasons therein given the decree in this case is also affirmed and the appeal dismissed at appellant's costs.